Rec # 5440-AA

/2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SURE-FIRE MUSIC COMPANY, INC.; ROBERT KUYKENDALL, BRET M. SYCHAK, RICHARD A. REAM and BRUCE JOHANNESSON, a partnership d/b/a CYANIDE PUBLISHING; KEN ADAMANY, RICK NIELSEN, BRAD CARLSON, ROBIN ZANDER and TOM PETERSON, a partnership d/b/a ADULT MUSIC; SCREEN GEMS-EMI MUSIC, INC.; KENNETH GIST a/k/a KENNY O'DELL d/b/a KENNY O'DELL MUSIC; EMI BLACKWOOD MUSIC INC.; SCARLET MOON MUSIC INC.; BARRY DeVORZON d/b/a JELINDA MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC; TOBY KEITH COVEL, an individual d/b/a TOKECO TUNES,<br><br>Plaintiffs,<br><br>v.<br><br>FMS, INC. d/b/a LUCKY'S PUB/THE WESTOWN, KNIGHTS ENTERTAINMENT, INC. d/b/a JAY SAMBORN ENTERTAINMENT and JAY M. SAMBORN, individually,<br><br>Defendants. | Hon.<br><br>Case No. **05-10046**<br><br>**DAVID M. LAWSON**<br>MAGISTRATE JUDGE BINDER<br><br>**COMPLAINT**<br><br>**FILED**<br><br>FEB - 8 2005<br><br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>ANN ARBOR, MI |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

JURISDICTION AND VENUE

1.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.  Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.  Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.  The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.  Upon information and belief, Defendant FMS, Inc. is a corporation organized and existing under the laws of the state of Michigan, which operates, maintains and controls an establishment known as Lucky's Pub/The Westown ("Lucky's"), located at 611-615 E. Midland Street, Bay City, Michigan 48706, in this district. In connection with the operation of this business, Defendant FMS, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed and has a direct financial interest in that establishment.

5a. Upon information and belief, Defendant Knights Entertainment, Inc. d/b/a Jay Samborn Entertainment is a corporation organized and existing under the laws of the state of Michigan, which provides karaoke services. In connection with the operation of this business, Defendant Knights Entertainment, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed and a direct financial interest such activities.

5b. Upon information and belief, Defendant Knights Entertainment, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed at Lucky's.

2

5c. Upon information and belief, Defendant Jay M. Sanborn is an officer of Defendant FMS, Inc. with primary responsibility for the operation and management of that corporation.

5d. Upon information and belief, Defendant Jay M. Sanborn has the right and ability to supervise the activities of Defendant FMS, Inc. and a direct financial interest in that corporation.

5e. Upon information and belief, Defendant Jay Sanborn is an officer of Defendant Knights Entertainment, Inc. with primary responsibility for the operation and management of that corporation.

5f. Upon information and belief, Defendant Jay Sanborn has the right and ability to supervise the activities of Defendant Knights Entertainment, Inc. and a direct financial interest in that corporation.

## CLAIMS OF COPYRIGHT INFRINGEMENT

6. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 5.

7. Plaintiffs allege ten (10) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

8. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number;

Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the establishment where the infringement occurred.

9. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3 (all references to "Lines" are to lines on the Schedule).

10. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

11. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

12. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Lucky's without a license or permission to do so. Thus, Defendants have committed copyright infringement.

13. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of Lucky's, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

14. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at Lucky's, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages in an amount not greater than $30,000.00 nor less than $750.00 per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.

Dated: February 8, 2005

By: _____
Patrick M. McCarthy (P49100)
Howard & Howard Attorneys PC
Attorney for Plaintiffs
101 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734-222-1097

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 10/3/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Coal Miner's Daughter |
| Line 3 | Writer(s) | Loretta Lynn |
| Line 4 | Publisher Plaintiff(s) | Sure-Fire Music Company, Inc. |
| Line 5 | Date(s) of Registration | 10/31/69 |
| Line 6 | Registration No(s). | Ep 264942 |
| Line 7 | Date(s) of Infringement | 10/3/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

---

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Every Rose Has Its Thorn |
| Line 3 | Writer(s) | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Alan Ream p/k/a Rikki Rockett |
| Line 4 | Publisher Plaintiff(s) | Robert Kuykendall, Bret M. Sychak, Richard A. Ream, and Bruce Johannesson, a partnership d/b/a Cyanide Publishing |
| Line 5 | Date(s) of Registration | 8/1/88 |
| Line 6 | Registration No(s). | PA 374-492 |
| Line 7 | Date(s) of Infringement | 10/3/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | I Want You To Want Me |
| Line 3 | Writer(s) | Rick Nielsen |
| Line 4 | Publisher Plaintiff(s) | Ken Adamany, Rick Nielsen, Brad Carlson, Robin Zander and Tom Peterson, a partnership d/b/a Adult Music; Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 7/7/77   4/20/79 |
| Line 6 | Registration No(s). | Eu 809938   PA 42-276 |
| Line 7 | Date(s) of Infringement | 10/3/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Jessie's Girl |
| Line 3 | Writer(s) | Richard Lewis Springthorpe a/k/a Rick Springfield |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 4/28/81   11/20/81 |
| Line 6 | Registration No(s). | PA 100-885  PA 124-280 |
| Line 7 | Date(s) of Infringement | 10/2/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Mama He's Crazy AKA Mama She's Lazy |
| Line 3 | Writer(s) | Kenneth Guy Gist, Jr. a/k/a Kenny O'Dell |
| Line 4 | Publisher Plaintiff(s) | Kenneth Gist a/k/a Kenny O'Dell d/b/a Kenny O'Dell Music |
| Line 5 | Date(s) of Registration | 2/24/84   11/13/84 |
| Line 6 | Registration No(s). | PA 202-106   PA 236-641 |
| Line 7 | Date(s) of Infringement | 10/3/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Nothin' But A Good Time |
| Line 3 | Writer(s) | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Ream p/k/a Rikki Rockett |
| Line 4 | Publisher Plaintiff(s) | Robert Kuykendall, Bret Michaels, Rikki Rockett and Bruce Johannesson, a partnership d/b/a Cyanide Publishing |
| Line 5 | Date(s) of Registration | 8/15/88 |
| Line 6 | Registration No(s). | PA 377-966 |
| Line 7 | Date(s) of Infringement | 10/3/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Wild Thing |
| Line 3 | Writer(s) | Chip Taylor |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 11/18/65 |
| Line 6 | Registration No(s). | Ep 210347 |
| Line 7 | Date(s) of Infringement | 10/2/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | She Thinks My Tractor's Sexy |
| Line 3 | Writer(s) | Jim Collins; Paul Overstreet |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Scarlet Moon Music Inc.; Barry DeVorzon d/b/a Jelinda Music |
| Line 5 | Date(s) of Registration | 5/14/99 |
| Line 6 | Registration No(s). | PA 950-753 |
| Line 7 | Date(s) of Infringement | 10/4/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Whiskey Girl |
| Line 3 | Writer(s) | Scott Emerick, Toby Keith |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Big Yellow Dog, LLC d/b/a Big Yellow Dog Music; Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 11/21/03 |
| Line 6 | Registration No(s). | PA 1-203-072 |
| Line 7 | Date(s) of Infringement | 10/4/04 |
| Line 8 | Place of Infringement | Lucky's Pub/The Westown |

**05-10046**

## PATENT, TRADEMARK and COPYRIGHT INFORMATION

(To be distributed when 820, 830, 840 category case is filed)

1. This is not a Patent action.

**DAVID M. LAWSON**

2. This is a Copyright action:

**MAGISTRATE JUDGE**

Plaintiffs in this action own the licensing rights to the music in this matter. Defendant has failed to get the necessary license(s) to play/perform Plaintiffs' copyrighted materials. Plaintiffs in this action are seeking injunctive relief as well as an award of actual damages, profits, costs and attorney's fees sustained by Plaintiffs attributable to Defendants' continued use, delivery, and making available for use or delivery copyrighted music for which Plaintiffs have a copyrighted interest.

| Registration Number(s) | Title of Work | Author of Work |
|---|---|---|
| Eu 993451 | Brown Eyed Girl | Van Morrison |
| Ep 264942 | Coal Miner's Daughter | Loretta Lynn |
| PA 374-492 | Every Rose Has Its Thorn | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Alan Ream p/k/a/ Rikki Rockett |
| Eu 809938, PA 42-276 | I Want You To Want Me | Rick Nielsen |
| PA 100-885, PA 124-280 | Jessie's Girl | Richard Lewis Springthorpe a/k/a Rick Springfield |
| PA 202-106, PA 236-641 | Mama He's Crazy AKA Mama She's Lazy | Kenneth Buy Gist, Jr. a/k/a Kenny O'Dell |
| PA 377-966 | Nothin' But A Good Time | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Ream p/k/a Rikki Rockett |
| Ep 210347 | Wild Thing | Chris Taylor |
| PA 950-753 | She Thinks My Tractor's Sexy | Jim Collins; Paul Overstreet |
| PA 1-203-072 | Whiskey Girl | Scott Emerick, Toby Keith |

3. This is not a Trademark action.

2-8-05

Attorney Signature

# CIVIL COVER SHEET

3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Broadcast Music, Inc. et. al.

**DEFENDANTS**
FMS, Inc. d/b/a Lucky's Pub/The Westown, Knights Entertainment, Inc. d/b/a Jay Samborn Entertainment and Jay M. Samborn, Individually

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New York
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Bay
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Patrick M. McCarthy (P49100)
Howard & Howard Attorneys, P.C.
101 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 222-1483

ATTORNEYS (IF KNOWN)

**05-10046**
**DAVID M. LAWSON**
MAGISTRATE JUDGE BINDER

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PLT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agricultural
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R&R & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/ Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/ Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

17 U.S.C. Section 502 – Copyright Infringement

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: February 8, 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: